```
 1  MICHELLE BETANCOURT
    California State Bar No. 215035
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, CA 92101-5008
    (619) 234-8467/Fax: (619) 687-2666
 4  E-Mail: michelle_betancourt@fd.org

 5  Attorneys for Cesar Ricardo Fimbres-Perez

 6
 7
 8                          UNITED STATES DISTRICT COURT
 9                         SOUTHERN DISTRICT OF CALIFORNIA
10                          (HONORABLE DANA M. SABRAW)
```

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, ) | Case No. 008CR0021-DMS |
| 12 | Plaintiff, ) | DATE: February 1, 2008 |
| | ) | TIME: 11:00 a.m. |
| 13 | v. ) | |
| | ) | NOTICE OF MOTIONS AND MOTIONS TO: |
| 14 | **CESAR RICARDO FIMBRES-PEREZ**, ) | |
| | ) | (1) COMPEL DISCOVERY AND PRESERVE EVIDENCE; |
| 15 | Defendant. ) | (2) DISMISS THE INDICTMENT FOR FAILURE TO PRESENT EXCULPATORY EVIDENCE TO THE GRAND JURY; |
| 16-17 | ) | (3) TO DISMISS COUNT ONE OF THE INDICTMENT; |
| 18-19 | ) | (4) TO PRODUCE GRAND JURY TRANSCRIPTS; |
| 20 | _____ ) | (5) TO COMPEL A BILL OF PARTICULARS; (6) GRANT LEAVE TO FILE FURTHER MOTIONS. |

```
21
22  TO:  KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
         CHRISTOPHER ALEXANDER ASSISTANT UNITED STATES ATTORNEY:
23
24       PLEASE TAKE NOTICE that, on Friday, February 1, 2008, at 11:00 a.m., or as soon thereafter
25  as counsel may be heard, the accused, Cesar Ricardo Fimbres-Perez, by and through his attorneys, Michelle
26  Betancourt, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the
27  motions listed below.
28  //
```

**MOTIONS**

Cesar Ricardo Fimbres-Perez, the accused in this case, by and through his attorneys, Michelle Betancourt, and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an Order:

(1)   to Compel Further Discovery and Preserve Evidence;

(2)   dismiss the indictment for failure to present Exculpatory evidence to the grand jury;

(3)   to dismiss count one of the indictment;

(4)   to produce grand jury transcripts;

(5)   to compel a bill of particulars;

(6)   to Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

DATED:   January 18, 2008          /s/ *Michelle Betancourt*

**MICHELLE BETANCOOURT**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Cesar Ricardo Fimbres-Perez