**MICHELLE BETANCOURT**
California State Bar No. 215035
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone No. (619) 234-8467
Facsimile No. (619) 687-2666
michelle_betancourt@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR0021-DMS |
| Plaintiff, | ) | |
| v. | ) | **PROOF OF SERVICE** |
| CESAR RICARDO FIMBRES-PEREZ, | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

    CHRISTOPHER ALEXANDER, Assistant United States Attorney
    Christopher.Alexander@usdoj.gov, efile.dkt.gc1@usdoj.gov;

Dated: January 18, 2008
       /s/ *Michelle Betancourt*
       MICHELLE BETANCOURT
       Federal Defenders
       225 Broadway, Suite 900
       San Diego, CA 92101-5030
       (619) 234-8467 (tel)
       (619) 687-2666 (fax)
       e-mail: michelle_betancourt@fd.org