# EXHIBIT

# A

1  MICHELLE BETANCOURT
   California State Bar Number 215035
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone No. (619) 234-8467
4

5  Attorneys for Mr. Cesar Fimbres

6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10             **(HONORABLE DANA M. SABRAW)**

11 UNITED STATES OF AMERICA,        )   CASE NO. 08CR0021-DMS
                                    )
12         Plaintiff,               )
                                    )
13 v.                               )   DECLARATION OF MICHELLE
                                    )   BETANCOURT WITH RESPECT TO
14 CESAR FIMBRES-PEREZ (1),         )   GOVERNMENT'S MOTION TO DISQUALIFY
                                    )   COUNSEL FOR DEFENDANT CESAR
15         Defendant.               )   FIMBRES
   _____  )
16

17       I, Michelle Betancourt declare, under penalty of perjury:

18       1. I am defense counsel for Cesar Fimbres-Perez in the above-captioned case. My office, Federal
19 Defenders of San Diego, Inc., represented Mr. Miguel Fimbres in United States v. Miguel Fimbres, S.D. Cal.
20 Case No. 00CR2308-JM.

21       2.    Mr. Miguel Fimbres was represented by Michael Petrik. Mr. Petrik is no longer with Federal
22 Defenders of San Diego, Inc.

23       2. I have no personal knowledge with respect to Mr. Miguel Fimbres' case other than the public
24 documents provided in discovery and the documents available to the public on PACER.

25       3. My representation of Mr. Cesar Fimbres is in no way adverse to Mr. Miguel Fimbres, nor is there
26 any conflict between those representations. Furthermore, I perceive no risk that there could ever be such
27 a conflict. There is nothing about my representation of Mr. Miguel Fimbres that will require me to "pull any
28 punches" with respect to my representation of Mr. Cesar Fimbres, nor do I perceive any way in which my

08CR0021-DMS

1 | representation of Mr. Cesar Fimbres can in any way affect any interest of Mr. Miguel Fimbres.
2 |     I declare under penalty of perjury that the foregoing is true and correct, executed on March 12, 2008,
3 | in San Diego County, California.

_____
MICHELLE BETANCOURT