1  **MICHELLE BETANCOURT**
   California State Bar No. 215035
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5030
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: michelle_betancourt@fd.org

5  Attorneys for Mr. Fimbres-Perez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| UNITED STATES OF AMERICA, | ) | Case No. 08CR0021-DMS |
|---|---|---|
| Plaintiff, | ) | DATE:  April 18, 2008 |
| | ) | TIME:  11:00 a.m. |
| v. | ) | |
| | ) | NOTICE OF MOTION AND MOTION: |
| **CESAR FIMBRES-PEREZ**, | ) | |
| | ) | (1)   TO SEVER. |
| Defendant. | ) | |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
      CHRISTOPHER ALEXANDER, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on April 18, 2008, at 11:00 p.m., or as soon thereafter as counsel may be heard, the defendant, Cesar Fimbres-Perez, by and through his counsel, Michelle Betancourt, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting a motion to sever.

Respectfully submitted,

DATED:  April 11, 2008        s/ *Michelle Betancourt*
                              **MICHELLE BETANCOURT**
                              Federal Defenders of San Diego, Inc.
                              Attorneys for Mr. Fimbres-Perez
                              michelle_betancourt@fd.org