**MICHELLE BETANCOURT**
California State Bar No. 215035
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone No. (619) 234-8467
Facsimile No. (619) 687-2666
michelle_betancourt@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR0548-DMS |
| Plaintiff, ) | |
| v. ) | **PROOF OF SERVICE** |
| CESAR FIMBRES-PEREZ, ) | |
| Defendant. ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

    Christopher Alexander, Assistant United States Attorney
    Christopher.Alexander@usdoj.gov, efile.dkt.gc1@usdoj.gov;

    Ezekiel Cortez, Attorney for Ms. Olivia Fimbres
    lawforjustice@aol.com

Dated: April 11, 2008          /s/ *Michelle Betancourt*
    MICHELLE BETANCOURT
    Federal Defenders
    225 Broadway, Suite 900
    San Diego, CA 92101-5030
    (619) 234-8467 (tel)
    (619) 687-2666 (fax)
    e-mail: michelle_betancourt@fd.org