1  **MICHELLE BETANCOURT**
California Bar No. 215035
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, California 92101-5030
Telephone: (619) 234-8467
4  michelle_betancourt@fd.org

5  Attorneys for Mr. Fimbres-Perez

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08CR0021-DMS |
| ) | |
| Plaintiff, ) | DATE:  April 30, 2008 |
| ) | TIME:  2:00 p.m. |
| v. ) | |
| ) | RESPONSE AND OPPOSITION TO |
| CESAR FIMBRES-PEREZ, ) | GOVERNMENT'S MOTIONS *IN LIMINE* |
| ) | |
| Defendant. ) | |
| ) | |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
    CHRISTOPHER ALEXANDER, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on April 30, 2008 at 2:00 p.m., or as soon thereafter as counsel may be heard, defendant, Cesar Fimbres-Perez, by and through his attorneys, Michelle Betancourt and Federal Defenders of San Diego, Inc., will ask this Court to enter an order denying the Government's motions in limine.

Respectfully submitted,

/s/ *Michelle Betancourt*

Dated: April 28, 2008    **MICHELLE BETANCOURT**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Fimbres-Perez