1  KAREN P. HEWITT
   United States Attorney
2  CHRISTOPHER M. ALEXANDER
   Assistant U.S. Attorney
3  California Bar. No. 201352
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7425 /(619) 235-2757 (Fax)
   Email: Christopher.M.Alexander@usdoj.gov
6

7  Attorneys for Plaintiff
   United States of America
8

9                    UNITED STATES DISTRICT COURT

10                   SOUTHERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,         )   Crim. Case No. 08CR0021-DMS
                                     )
12                                   )
              Plaintiff,             )   DATE: May 6, 2008
13                                   )   TIME: 9:00 a.m.
       v.                            )
14                                   )   THE UNITED STATES' PROPOSED
                                     )   JURY INSTRUCTIONS
15 CESAR RICARDO FIMBRES-PEREZ (1),  )
                                     )
16                                   )
              Defendant.             )
17                                   )

18      Plaintiff UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT,

19 United States Attorney, and Christopher M. Alexander, Assistant United States Attorney, requests that

20 the Court include the attached instructions in its charge to the jury along with the Court's standard

21 instructions.

22      The United States also requests leave to offer further jury instructions as may become relevant

23 during the course of trial.

24      DATED: May 6, 2008

25                                        Respectfully submitted,

26                                        KAREN P. HEWITT
                                          United States Attorney
27
                                          *s/Christopher M. Alexander*
28                                        CHRISTOPHER M. ALEXANDER
                                          Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.   08CR0021-DMS |
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| CESAR RICARDO FIMBRES-PEREZ (1), | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, CHRISTOPHER ALEXANDER, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of United States' Proposed Jury Instructions on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1.   Michelle Betancourt, Esq.
     Atty for Defendant

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 6, 2008.

*s/Christopher M. Alexander*
CHRISTOPHER M. ALEXANDER