**MICHELLE BETANCOURT**
California State Bar No. 215035
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
michelle_betancourt@fd.org

Attorneys for Mr. Filbrandt

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 080021-DMS |
| Plaintiff, ) | |
| v. ) | PROOF OF SERVICE |
| **CESAR FIMBRES-PEREZ**, ) | |
| Defendant. ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

    CHRISTOPHER ALEXANDER, Assistant United States Attorney
    Christopher.M.Alexander@usdoj.gov efile.dkt.gc1@usdoj.gov,;Ana.Strutton@usdoj.gov

Dated: May 6, 2008                       *s/ Michelle Betancou rt*
                                                             MICHELLE BETANCOURT
                                                             Federal Defenders
                                                             225 Broadway, Suite 900
                                                             San Diego, CA 92101-5030
                                                             (619) 234-8467 (tel)
                                                            (619) 687-2666 (fax)
                                                            e-mail: michelle_betancourt@fd.org