MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

U.S.A.     VS     CESAR RICARDO FIMBRES-PEREZ

X Plaintiff  ___ Defendant  ___ Court     Type of Hearing: JURY TRIAL

Case Number: 08CR0021-DMS

| NO. | IDENT. | EVID. | DESCRIPTION |
|---|---|---|---|
| 19 | 5/6/08 | | Superseding Information |
| 20 | 5/6/08 | 5/6/08 | Plea Agreeement of Olivia Fimbres with Addendum |
| 1 | 5/6/08 | 5/6/08 | Map of border/Imperial Beach |
| 4 | 5/7/08 | 5/7/08 | Certification letter/Notice to Appear as to Miguel Fimbres-Perez |
| 5 | 5/7/08 | 5/7/08 | Certification letter/Order of Immigration Judge |
| 6 | 5/7/08 | 5/7/08 | Certification letter/Warrant of Removal |
| 7 | 5/7/08 | 5/7/08 | Certification letter/Certificate of Non-existence of Record |
| 14 | 5/7/08 | 5/7/08 | Abstract of Record/Voluntary Manslaughter Conviction Record |

K:\COMMON\CRT_CLRK\SABRAW\TRIALS\08-0021\08-0021.gexh