MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

U.S.A.    VS    CESAR RICARDO FIMBRES-PEREZ

___ Plaintiff   X Defendant   ___ Court   Type of Hearing: JURY TRIAL

Case Number: 08CR0021-DMS

| NO. | IDENT. | EVID. | DESCRIPTION |
|---|---|---|---|
| A | 5/6/08 |  | Plea Agreement of Olivia Fimbres |
| B | 5/6/08 | 5/6/08 | Photo of Border Field State Park |
| C | 5/6/08 | 5/6/08 | Photo of Border Field State Park, southwest |
| H | 5/6/08 | 5/6/08 | Photo of Border Field State Park, southwest, continuation of C |
| G | 5/6/08 | 5/6/08 | Photo of Border Field State Park - pillars |
| I | 5/6/08 | 5/6/08 | Close up of Exhibit G |
| F | 5/7/08 | 5/7/08 | Photo of road to the parking lot |

K:\COMMON\CRT_CLRK\SABRAW\TRIALS\08-0021\08-0021.dexh