FILED
MAY - 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08CR0021-DMS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **VERDICT** |
| CESAR RICARDO FIMBRES-PEREZ (1), | ) | |
| Defendant. | ) | |

We the jury in the above entitled cause find the defendant,

CESAR RICARDO FIMBRES-PEREZ,

__NOT GUILTY__    of Aiding or Assisting a Certain Alien to Enter the United States as charged in Count 1 of the Indictment.

_____
Foreperson

Date: May 8, 2008
San Diego, California