# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER __08 CR 0021-DMS__ |
| | ) | |
| vs | ) | ABSTRACT OF ORDER |
| | ) | |
| Cesar Ricardo Finibres-Perez | ) | Booking No. __06747298__ |
| | ) | |
| | ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __5/8/08__
the Court entered the following order:

__✓__ Defendant be released from custody.
_____ Defendant placed on supervised / unsupervised probation / supervised release.
_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
_____ Defendant released on $_____ bond posted.
_____ Defendant appeared in Court. FINGERPRINT & RELEASE.
_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.
_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.
_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
          _____ dismissing appeal filed.
_____ Bench Warrant Recalled.
_____ Defendant forfeited collateral.
_____ Case Dismissed.
_____ Defendant to be released to Pretrial Services for electronic monitoring.
_____ Other. _____

Received __[signature]__
          DUSM

UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk
by __J Klosterman__
          Deputy Clerk

Crim-9 (Rev 6-95)                                      ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY